IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Petitioner,
    v.                                       **Judgment in a Civil Case**
RICHARD VILLEGAS,
        Respondent.                       Case Number: 5:07-HC-2113-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Certificate of a Sexually Dangerousness pursuant to 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** that the respondent is not a sexually dangerous person under the Adam Walsh Act and ORDERS that the government release Villegas forthwith to the custody and supervision of the appropriate United States Probation Officer.

This Judgment Filed and Entered on March 13, 2012, with service on:
Michael James, G. Norman Acker III, Michael Lockridge, R.A. Renfer, Jr. and Michael Bredenberg, (via CM/ECF Notice of Electronic Filing)
Sonya Allen and Cindy Bembry, (via CM/ECF Notice of Electronic Filing)


March 13, 2012                                                            /s/ Julie A. Richards
                                                                                  Clerk